**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

MARIEL DIAZ BAEZ, as Parent and Natural Guardian of L.G., and MARIEL DIAZ BAEZ, Individually,

Plaintiff,

25 **CIVIL** 4029 (MMG) (SLC)

-against-

**JUDGMENT**

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2026, the Court adopts the Report & Recommendation in its entirety. Plaintiff's motion for summary judgment is DENIED, and Defendants' cross-motion for summary judgment is GRANTED. Accordingly, judgment is hereby entered for Defendants and the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**